PROPULSION SYSTEMS, INC., Appellant, v. AVONDALE SHIPYARDS, INC., Respondent. PROPULSION SYSTEMS, INC., Appellant, v. AVONDALE SHIPYARDS, INC., Respondent.—

Concur — Capozzoli, J. P., McGivern, Nunez and McNally, JJ.